**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Lee Briggs, Appellant.

Appellate Case No. 2021-001501

―――――――――

Appeal From Florence County
William H. Seals, Jr., Circuit Court Judge

―――――――――

Unpublished Opinion No. 2023-UP-356
Submitted October 1, 2023 – Filed November 8, 2023

―――――――――

**APPEAL DISMISSED**

―――――――――

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, and Christopher Lee Briggs, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.